IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEPUTY U.S. MARSHAL
MICHAEL SMITH,

       Plaintiff,                  No. CIV S-07-0899 FCD EFB

    vs.

U.S. ATTORNEY GENERAL
ALBERTO R. GONZALES, et al.,

       Defendants.              <u>ORDER</u>

/

       Pursuant to 28 U.S.C. § 455(a), the undersigned disqualifies himself from participating in this matter. The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

       IT IS SO ORDERED.

DATED: June 1, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE