1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL SMITH,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL B. MUKASEY, ATTORNEY<br>GENERAL UNITED STATES, et al.<br><br>                Defendants. | Case No. C07-00899RJB-DAD<br><br>ORDER GRANTING<br>MOTION TO STRIKE<br>EXPERT WITNESSES |

This matter comes before the court on Defendant's Motion to Strike Plaintiff's Untimely Designated Expert Witnesses (Dkt. 32). The court is familiar with the records and files herein and documents filed in support of the motion. Plaintiff did not respond to the motion in any way. The court set up a telephonic oral argument for March 24, 2008, at 9:30 a.m. and gave notice to counsel for both parties. Plaintiff's counsel did not respond to the court's attempts to set up a conference call. The court received only, on Mr. Gorski's message machine, a message that his voicemail box was full.

It appears that the motion is well supported by the record and should be granted.

Therefore, it is now

ORDERED that Defendant's Motion is GRANTED and plaintiff's purported expert witnesses, Drs. James R. Liles, Wendell Phillips and Timothy G. Twomey, are precluded from testifying at the trial of this cause.

ORDER SETTING ARGUMENT
Page - 1

1    The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any
2 party appearing *pro se* at said party's last known address.
3    DATED this 24th day of March, 2008.

*Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER SETTING ARGUMENT
Page - 2