UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL B. MUKASEY, ATTORNEY GENERAL UNITED STATES, et al.<br><br>    Defendants. | Case No. C07-00899RJB-DAD<br><br>ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO ATTEND HIS EMOTIONAL DISTRESS MENTAL EXAMINATION |

This matter comes before the court on the above-referenced motion (Dkt. 40).  The court is familiar with the records and files herein and conducted a conference call with counsel on 23 April 2008 regarding the motion.  It appears that the Motion to Compel should be granted, and it is SO ORDERED.

It is further ORDERED that the plaintiff shall appear for the purpose of a psychiatric examination by Dr. Mark Mills on 10 May 2008 in the attorney lounge, Room 1-300, of the United States District Courthouse, 501 I Street, Sacramento, CA, 95814, at 9:00 a.m.

Issues regarding sanctions and expenses are reserved and may be renoted after the referenced examination, or may be raised at the time of trial.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 23rd day of April, 2008.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

Page - 1