UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL B. MUKASEY, ATTORNEY GENERAL UNITED STATES, et al.<br><br>    Defendants. | Case No. C07-00899RJB-DAD<br><br>ORDER DENYING PLAINTIFF'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO OPPOSE THE MSJ AND TO HOLD IT IN ABEYANCE |

    This matter comes before the court on the above-referenced motion (Dkt. 44). The court has today ruled upon the motion for summary judgment that is the subject of this motion (Dkt. 39), and the motion for an extension of time to oppose the motion for summary judgment will be denied for the following reasons:

    (1) the "*ex parte* application" is not properly brought to the court *ex parte*. Apparently no service was made on opposing counsel, as is required by Federal Rule of Civil Procedure 5(a)(1)(d). The court is not aware of any authorization to file such a motion, or application, *ex parte*. Due process of law requires that opposing counsel be given notice and an opportunity to be heard.

    (2) Timely response to the motion for summary judgment was not filed by plaintiff, as the file reflects and as is reflected by defendants' "Statement Re: Plaintiff Failure to File Opposition to Defendants' Motion for Summary Judgment on Plaintiff's Retaliation Claim," (Dkt. 43).

ORDER
Page - 1

(3) The Application for an Extension of Time was not filed until after response to the motion was due.

(4) The application bears the name of one Daniel M. Karalash as an attorney for plaintiff. Mr. Karalash is unknown to the court and the file does not reflect that he has in any way appeared in the case.

(5) Plaintiff has made no showing under Federal Rule of Civil Procedure 56(f).

(6) The court file reflects a number of incidents where plaintiff's counsel has not complied with the Federal Rules of Civil Procedure and the Eastern District of California Local Rules. Procedural rules are adopted "to secure the just, speedy and inexpensive determination of every action and proceeding" (FRCP 1) and should be followed by counsel.

For all of the foregoing reasons, the Plaintiff's *Ex Parte* Application for an Extension of Time to Oppose the MSJ and to Hold it Abeyance (Dkt. 44) is DENIED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 6th day of May, 2008.

ROBERT J. BRYAN
United States District Judge